IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**STATESVILLE DIVISION**
**5:05 CV 251**

| | | |
|---|---|---|
| LOWE'S COMPANIES, INC., | ) | |
| L G SOURCING INC., and | ) | |
| LOWE'S HOME CENTERS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| HUBBARDTON FORGE CORP., | ) | |
| and BRIGHT YIN HUEY d/b/a | ) | |
| WHOLE BRIGHT INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

IT IS SO ORDERED.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge