UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
**5:05CV251**

| | |
|---|---|
| LOWE'S COMPANIES, INC., *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | **ORDER** |
| HUBBARDTON FORGE CORP., *et al*, ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **August 6, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge